IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.   No.   CV 15-1184 JP/LAM
            CR 12-1072 JP

LUIS GERARDO BENITEZ,

    Defendant/Movant.

## ORDER

**THIS MATTER** is before the Court, *sua sponte* under Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts on Defendant/Movant's ***Motion to Correct Under § 2255 and 18 U.S.C. § 3582(c)(2) (CIV Doc. 1; CR Doc. 49)***.  The Court will order the United States to answer Defendant/Movant's § 2255 Motion.

**IT IS THEREFORE ORDERED** that the Clerk is directed to forward to Plaintiff/Respondent United States a copy of Defendant/Movant's § 2255 Motion [*CIV Doc. 1; CR Doc. 49*] and supporting papers and exhibits, if any, together with a copy of this order;

**IT IS FURTHER ORDERED** that the United States shall answer Defendant/Movant's § 2255 Motion [*CIV Doc. 1; CR Doc. 49*] **within twenty-three (23) days of entry of this Order.**

    IT IS SO ORDERED.

_____
**LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE**